Atty Gen

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
JAN 1 9 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. MO 05 CR 001 |
| | ) **INDICTMENT** |
| Plaintiff, | ) |
| | ) [Vio: 18 U.S.C. § 2422(b) - |
| V. | ) Persuading & Enticing Minors |
| | ) To Engage in Sexual Conduct] |
| JUAN ADALBERTO RONQUILLO, | ) |
| | ) |
| Defendant. | ) |

THE GRAND JURY CHARGES:

### COUNT ONE
### [18 U.S.C. § 2422(b)]

That beginning on or about November 1, 2004, and continuing until on or about December 15, 2004, in the Western District of Texas, the Defendant,

**JUAN ADALBERTO RONQUILLO,**

did use a facility and a means of interstate commerce, specifically the Internet, to knowingly attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which RONQUILLO could be charged with a criminal offense, to wit: indecency with a child, in violation of Texas Penal Code § 21.11, and aggravated sexual assault, in violation of Texas Penal Code § 22.021(a)(1)(B).

All in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
United States Attorney

JOHN S. KLASSEN
Assistant United States Attorney